**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
───────────────────────────────X

DEBORAH INTORCIA

                        Plaintiff,

            -against-

THE CITY OF NEW YORK; Officer RYAN T. STAM; Sergeant LOUIS J. CAMPANELLA; Officer CHRISTOPHER M. NG; Sergeant GREGORY M. ACERRA; Sergeant JOHN J. FALZARANO; and Officer KRISTEN CALDARARO in their individual and official capacities,

                        Defendants.

───────────────────────────────X

24-CV-4837 (KAM) (LB)

**PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rule 26, 33, and 34 of the Federal Rules of Civil Procedure and Local Civil Rule 26.3, Plaintiff hereby requests that Defendants serve upon the undersigned sworn written answers to each of the interrogatories set forth below and produce for inspection and copying the documents requested below at the Law Offices of James Henning & Associates, PLLC, 16 Court Street, Suite 503, Brooklyn, New York, 11241, or electronically to ccaukin@jhenninglaw.com, within thirty (30) days after service hereof.

## INSTRUCTIONS AND DEFINITIONS

1. Plaintiff hereby incorporates the uniform definitions in discovery requests contained in Local Civil Rule 26.3.
2. The term "incident" means the facts and circumstances forming the basis of this action as described in the complaint, including any related arrest, search, confinement, and/or prosecution.
3. If the answer to all or any part of an interrogatory is not presently known or available, include a statement to that effect and furnish any information currently known or available, and a description of the source of information that was once known or available that could have been used to respond to the interrogatory.

4. If any document responsive to these interrogatories or document requests has been lost, destroyed, or is otherwise unavailable, identify such document, and, in addition, identify the last known custodian, and provide the date the document was lost, destroyed, or otherwise became unavailable.
5. If a claim of privilege is asserted with respect to any information called for by an interrogatory is, or any documents or portions thereof are, withheld by reason of a claim of privilege, provide a privilege log containing the information required by Local Rule 26.2.
6. These interrogatories and document requests are continuing. If at any time after service of responses to these requests Defendants learn that in some material respect the responses are incomplete or incorrect, Defendants should, within seven days, and in no later than the close of discovery, provide Plaintiff with such information or documents by amended or supplemental responses.

## INTERROGATORIES

1. Identify whether Defendants SERGEANT JOHN J. FALZARANO; OFFICER CHRISTOPHER M. NG; SERGEANT GREGORY M. ACERRA; SERGEANT LOUIS J. CAMPANELLA; and/or OFFICER KRISTEN CALDARARO have been the subject of an NYPD Internal Affairs investigation, regardless of the outcome of the investigation, and indicate the subject matter of the investigation, as well as the disposition.
2. Identify whether Defendants SERGEANT JOHN J. FALZARANO; OFFICER CHRISTOPHER M. NG; SERGEANT GREGORY M. ACERRA; SERGEANT LOUIS J. CAMPANELLA; and/or OFFICER KRISTEN CALDARARO have been the subject of any Civilian Complaint Review Board investigation, regardless of the outcome of the investigation, and indicate the subject matter of the investigation as well as the disposition.
3. State whether any of the named Defendants were in contact (whether directly or through any sort of electronic means, including, but not limited to, text messages, emails, and/or telephone calls) with Captain Jose B. Andrade (Tax #929633), Sergeant Melinda Calhoun (Badge #1312, Tax #995718), and/or Detective Darryl Calhoun (Badge #400, Tax #955776) prior to 8:47 PM on July 17, 2023. If so, specify which defendant was in communication, through what sort of means, as well as the date and time of the communication.
4. State whether any of the named Defendants were in contact (whether directly or through any electronic means, including, but not limited to, text messages, emails and/or telephone calls) with any other member of the NYPD concerning the incident prior to 8:47 PM on July 17, 2023. If so, state which named defendant received the contact and by whom, through what sort of means, as well as the date and time of the communication.

5. State whether any of the named Defendants have met, know, or are otherwise familiar in a professional or personal capacity with Captain Jose B. Andrade (Tax #929633), Sergeant Melinda Calhoun Andrade (Badge #1312, Tax #995718), or Detective Darryl Calhoun (Badge #400, Tax #955776). If so, state the named defendant(s) and the nature/length of the relationship.
6. Identify any and all members of the NYPD who ordered or otherwise approved the physical search of Plaintiff by OFFICER KRISTEN CALDARARO at the 122nd Precinct on July 17, 2023.
7. Identify the two officers interacting with OFFICER KRISTEN CALDARARO at the desk prior to Plaintiff's search, including:
    a. Caucasian male officer with a shaved head and his right elbow on the desk who appears to be concealing his face from the camera at 0:36–0:42 seconds in Axon_Body_3_Video_2023-07-17_2047.
    b. Caucasian male officer with a shaved head and both his arms on the desk who engages Officer Caldararo in conversation at 0:40–0:53 seconds in Axon_Body_3_Video_2023-07-17_2047.
8. Identify every precinct, posting and/or assignment associated with each of the named Defendants, including the dates of employment, during their tenure with the NYPD.
9. Identify every precinct, posting and/or assignment associated with Captain Jose B. Andrade (Tax #929633), Sergeant Melinda Calhoun (Badge #1312, Tax #995718), or Detective Darryl Calhoun (Badge #400, Tax #955776), including the dates of employment, during their tenure with the NYPD.
10. Identify whether Captain Jose B. Andrade (Tax #929633), Sergeant Melinda Calhoun (Badge #1312, Tax #995718), or Detective Darryl Calhoun (Badge #400, Tax #955776) have been the subject of an NYPD Internal Affairs investigation, regardless of the outcome of the investigation, and indicate the subject matter of the investigation, as well as the disposition.
11. Identify whether Captain Jose B. Andrade (Tax #929633), Sergeant Melinda Calhoun (Badge #1312, Tax #995718), or Detective Darryl Calhoun (Badge #400, Tax #955776) have been the subject of any Civilian Complaint Review Board investigation, regardless of the outcome of the investigation, and indicate the subject matter of the investigation as well as the disposition.
12. Identify whether the two officers identified in response to Interrogatory 7 have been the subject of an NYPD Internal Affairs investigation, regardless of the outcome of the investigation, and indicate the subject matter of the investigation, as well as the disposition.
13. Identify whether the two officers identified in response to Interrogatory 7 have been the subject of any Civilian Complaint Review Board investigation, regardless of the outcome of the investigation, and indicate the subject matter of the investigation as well as the disposition.

14. For each named defendant, identify any and all associated phone numbers, including, but not limited to, department-issued cell phone, personal cell phone, office phone, and home phone numbers.
15. Identify any and all phone numbers associated with the two officers identified in Interrogatory 7, including, but not limited to, department-issued cell phone, personal cell phone, office phone, and home phone numbers.
16. Identify any and all phone numbers associated with Captain Jose B. Andrade (Tax #929633), Sergeant Melinda Calhoun (Badge #1312, Tax #995718), and Detective Darryl Calhoun (Badge #400, Tax #955776), including, but not limited to, department-issued cell phone, personal cell phone, office phone, and home phone numbers.

## **DOCUMENT REQUESTS**

1. Produce all documents identified in the preceding interrogatories.
2. Produce all written communications (including, but not limited to, text messages and emails) between any of the named Defendants and Captain Jose B. Andrade (Tax #929633), Sergeant Melinda Calhoun (Badge #1312, Tax #995718), and/or Detective Darryl Calhoun (Badge #400, Tax #955776) concerning the incident.
3. Produce all written communications (including, but not limited to, text messages and emails) between any of the named Defendants and any other member of the NYPD concerning the incident.
4. Produce all memobook entries and activity logs for OFFICER KRISTEN CALDORARO; SERGEANT JOHN FALZORANO; OFFICER CHRISTOPHER M. NG; SERGEANT GREGORY M. ACERRA; and SERGEANT LOUIS J. CAMPANELLA concerning the incident.
5. Produce comprehensive employment records for each of the named Defendants, listing each precinct, posting and/or assignment, including dates of employment.
6. Produce comprehensive employment records for Captain Jose B. Andrade (Tax #929633), Sergeant Melinda Calhoun (Badge #1312, Tax #995718), and/or Detective Darryl Calhoun (Badge #400, Tax #955776), listing each precinct, posting and/or assignment, including dates of employment.
7. Produce comprehensive employment records for the officers identified in response to Interrogatory 7, listing each precinct, posting and/or assignment, including dates of employment.
8. Produce all disciplinary records for the named Defendants, including, but not limited to, Central Personnel Index files, NYPD Internal Affairs records concerning the named Defendants, and any Civilian Complaint Review Board records concerning the named Defendants.
9. Produce all disciplinary records for Captain Jose B. Andrade (Tax #929633), Sergeant Melinda Calhoun (Badge #1312, Tax #995718), and/or Detective Darryl Calhoun (Badge

4

#400, Tax #955776), including, but not limited to, Central Personnel Index files, NYPD Internal Affairs records, and any Civilian Complaint Review Board records.

10. Produce all disciplinary records for the officers identified in response to Interrogatory 7, including, but not limited to, Central Personnel Index files, NYPD Internal Affairs records, and any Civilian Complaint Review Board records.

Dated: January 24, 2025
Brooklyn, New York

Respectfully Submitted,

_____
**CARISSA CAUKIN**, Esq.
Attorneys for Plaintiff
Law Offices of James Henning & Associates, PLLC
16 Court Street, Suite 503 | Brooklyn, New York 11241
e: ccaukin@jhenninglaw.com | o: (718) 717-2454